Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Belden Inc.     v. Berk-Tek LLC

No. 14-1575

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:    Belden Inc.
                                           Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Matthew B. Lowrie |
| Law firm: | Foley & Lardner LLP |
| Address: | 111 Huntington Ave. |
| City, State and ZIP: | Boston, MA 02199-7610 |
| Telephone: | 617-342-4000 |
| Fax #: | 617-342-4001 |
| E-mail address: | mlowrie@foley.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 5/8/97

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

July 10, 2014                           /s/ Matthew B. Lowrie
    Date                                      Signature of pro se or counsel

cc: Attorneys of Record

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on　Jul 10, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
　 (by email or CM/ECF)

| Matthew A. Ambros | /s/ Matthew A. Ambros |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm　Foley & Lardner LLP

Address　111 Huntington Ave

City, State, ZIP　Boston, MA 02199

Telephone Number　(617) 342-4000

FAX Number　(617) 342-4001

E-mail Address　mambros@foley.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.