NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BELDEN INC.,**
*Appellant,*

v.

**BERK-TEK LLC,**
*Cross-Appellant.*

---

2014-1575, -1576

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00057.

---

**ON MOTION**

---

**O R D E R**

Belden Inc. moves without opposition for a 30-day extension of time, until September 25, 2014, to file its opening brief and for a seven-day extension of time for Berk-Tek LLC to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Belden must serve and file its opening brief no later than September 25, 2014. Berk-Tek must serve and file its reply brief within 21 days after Belden's reply brief is served.

                                                                        FOR THE COURT

                                                            /s/ Daniel E. O'Toole
                                                             Daniel E. O'Toole
                                                            Clerk of Court

s30