NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**BELDEN INC.,**
*Appellant,*

**v.**

**BERK-TEK LLC,**
*Cross-Appellant.*

_____

2014-1575, -1576

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00057.

_____

**ON MOTION**

_____

**O R D E R**

The Director of the United States Patent and Trademark Office moves without opposition for a 17-day extension of time, until January 8, 2015, to file its principal brief.

2                           BELDEN INC. v. BERK-TEK LLC

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s27